**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.S., A MINOR | : | No. 420 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: B.W., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.B.S., A MINOR | : | No. 421 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: B.W., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.